UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALVARO ESNEL GUZMAN GUZMAN, *an adult*,<br><br>           Petitioner,<br><br>     v.<br><br>JASON WEISS, *Eugene Field Office Director for Immigration and Customs Enforcement and Removal Operations;* DREW BOSTOCK, *Seattle Field Director for Immigration and Customs Enforcement and Removal Operations;* TODD LYONS, *Acting Director of Immigration Customs Enforcement*; U.S. IMMIGRATON AND CUSTOMS ENFOCEMENT; KRISTI NOEM, *Secretary of the Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, *Attorney General of the United States*,<br><br>           Respondents. | Case No. 6:25-cv-02146-MC<br><br>**ORDER** |

MCSHANE, Judge:

On November 26, 2025, this Court held Oral Argument on Petitioner's Petition for Habeas Corpus, ECF No. 1. For the reasons discussed on the record during the hearing, Petitioner's Petition for Habeas Corpus is GRANTED. Mr. Guzman is to be immediately

Page 1 — ORDER

released. Respondents are to promptly return Mr. Guzman's belongings. A formal opinion on Mr. Guzman's Habeas Petition elaborating on the Court's reasoning to follow.

**IT IS SO ORDERED.**

DATED this 26th day of November, 2025.

                                                    /s/ Michael McShane
                                                         Michael McShane
                                               United States District Judge